EXHIBIT A

Defendant: **Trustwave Holdings, Inc.**
Bankruptcy Case: **In re True Religion Apparel, Inc., et al.**
Preference Period: **January 14, 2020 – April 13, 2020**

Transfer During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Wire Date | Wire Number | Wire Amt | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|
| Guru Denim, Inc. | Guru Denim, Inc. | 3/27/2020 | WT123417 | $13,387.50 | TWH168683 | 11/25/2019 |

**Totals: 1 transfer(s)    $13,387.50**